Ex parte IRA E. WILLIAMS.

No. A-3464.   Opinion Filed February 4, 1919.

(177 Pac. 990.)

Application of Ira E. Williams for writ of habeas corpus to be let to bail.   Application denied and case dismissed.

Moman Pruiett, for petitioner.

R. McMillan, Asst. Atty. Gen.. and Joe Eaton. Co. Atty., of Okmulgee, for respondent.

PER CURIAM.   An appeal having been perfected by petitioner from the judgment and sentence on which petitioner prays that he be admitted to bail. the application herein is denied, and the cause dismissed.